**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar Number 065211
428 J Street, Suite 350
Sacramento, CA  95814
Telephone: (916) 443-0217

Attorney for Petitioner
Aristeo Hernandez Montano

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES, | ) | No. CR.S.08-438 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | APPLICATION AND ORDER |
| | ) | REQUESTING TO ALLOW DEFENDANT |
| | ) | TO DEFENDANT TO MAKE |
| v. | ) | INTERNATIONAL CALL |
| | ) | |
| ARISTEO HERNANDEZ MONTANO, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant ARISTEO HERNANDEZ MONTANO, by and through his attorney, makes the following application to the Court:

1. The defendant is presently in federal custody at the Sacramento County Jail and has been incarcerated for approximately for approximately 11 months.

2. The defendant's mother, who resides in Mexico City, Mexico is reportedly ill and defendant has concerns for her well-being.

3. The telephones at the jail are accessible to inmates for international calls only upon the direction of the Court.

4. Accordingly, it is requested that this Court direct the Sheriff of Sacramento County to provide the defendant with access to a telephone on which he can make one call to Mexico, at his expense.

DATED:    August 18, 2009        Respectfully submitted,


/S/MICHAEL B. BIGELOW
Attorney for Defendant

**O R D E R**

Good cause appearing, IT IS HEREBY ORDERED that the Sheriff of Sacramento County, or his agent or employee, consistent with security procedures, allow defendant ARISTEO HERNANDEZ-MONTANO XREF No. 4477495 have access to a telephone on which he can place a call to his mother in Mexico. This order is contingent upon the defendant's use of an international telephone calling card so that there will be no long distance costs to the County of Sacramento.

DATED: August 19, 2009        _____
                              FRANK C. DAMRELL, JR.
                              UNITED STATES DISTRICT JUDGE

2