BENJAMIN B. WAGNER
United States Attorney
HEIKO COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. 2:08-CR-0438 EJG
Plaintiff, )
)
)
v. ) **ORDER AS TO DISPOSAL OF**
) **FIREARMS SEIZED**
)
ARISTEO HERNANDEZ MONTANO, )
)
Defendant. )
_____ )

**O R D E R**

Pursuant to the express terms of the plea agreement, the defendant has abandoned all right, title and interest in the following firearms and ammunition seized:

    1. Model SLR-95, Bulgarian 7.62x39mm assault rifle, unknown serial number and 30 rounds of ammunition;

    2. Olympic Arms .223 caliber rifle, serial number SM1168 and 30 rounds of ammunition;

    3. Raven Arms .25 caliber semi-automatic pistol, serial number 782625, with two magazines and 11 rounds of ammunition;
///

4. Taurus 9mm semi-automatic pistol, serial number TJD33497, with two magazines and any 9mm ammunition seized.

It is hereby ORDERED, THAT, the U.S. Forest Service may dispose of the aforementioned firearms and ammunition in accordance with their standard evidence destruction policies and procedures.

DATED: September 14, 2010

/s/ Edward J. Garcia
EDWARD J. GARCIA
Senior U.S. District Judge